1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                                DISTRICT OF NEVADA

8                                    * * * * *

9   UNITED STATES OF AMERICA,          )
                                       )   3:05-CR-00021-LRH (RAM)
10                      Plaintiff,      )   3:06-CV-00291-LRH (RAM)
                                       )
11  vs.                                )   ORDER
                                       )
12  MICHAEL RONALD BROOKS,             )
                                       )
13                      Defendant.     )
    _____   )

14

15          Defendant having filed Motions to Vacate, Set Aside or Correct Sentence, Pursuant to 28

16  U.S.C. § 2255 (#36 and #37),  and pursuant to Rule 5 of Section 2255 Proceedings,

17          IT IS HEREBY ORDERED that a responsive pleading shall be filed by the Government

18  within 30 days of entry of this Order.  The matter will then be submitted to the Court for

19  decision.

20          IT IS SO ORDERED.

21          DATED this 16th day of June, 2006.

22

23

24                                              _____
                                                LARRY R. HICKS
25                                              UNITED STATES DISTRICT JUDGE

26

27

28